EXHIBIT A

**SITE: PORN69.BIZ**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Cellist | PA0001931426 | http://porn69.biz/the-sexiest-cellist-glamour-in-the-world.79u6eie.html |
| Cellist | PA0001931426 | http://porn69.biz/the-sexiest-cellist-model-in-the-world.796z08o.html |
| Concierge | PA0001922664 | http://porn69.biz/blowjob-from-a-redhead.7a7ffuo.html |
| Desire | PA0001922694 | http://porn69.biz/sexart-bella-anne-desire.8ii8a0f.html |
| Fly | PA0001931430 | http://porn69.biz/teen-lucy-li-fly.7fbwffu.html |
| I Cant Wait | PA0001922493 | http://porn69.biz/sexart-intensify/ |
| My Day | PA0001922689 | http://porn69.biz/sexart-intensify/ |
| Tantra Imaginations | PA0001922543 | http://porn69.biz/teenvideosporncom-sax-tantra-imaginati.7bda7iu.html |
| The Art of Sex | PA0001922538 | http://porn69.biz/mia-diamond-in-the-art-of-sex.78ocaa8.html |

**SITE: PORN69.ORG**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Amelie B in Ereti | PA0001922452 | http://porn69.org/amelie-b-ereti-met-artcom.7f00ucw.html |
| At the Movies | PA0001922464 | http://porn69.org/sexart-at-the-movies.7eu6e0f.html |
| Book of Love | PA0001922654 | http://porn69.org/esposa-hermosa-folla-con-su-esposo.7cduoou.html |
| Cloud | PA0001916916 | http://porn69.org/ariel-piper-fawn-and-silvie-delux-lesbian.7adicw8.html |
| Desire | PA0001922694 | http://porn69.org/79.7d8if7u.html |
| Draw Me | PA0001923131 | http://porn69.org/70100-hi.7fce8eu.html |
| Draw Me 1 | PA0001923131 | http://porn69.org/wow3xcom.7fduc9u.html |
| Firestarter | PA0001923128 | http://porn69.org/firestarter-lola-taylor-and-juan.7eadu6i.html |
| Gypsy Fortune | PA0001923127 | http://porn69.org/xcv-18.7da08u9.html |
| I Can't Wait | PA0001922493 | http://porn69.org/sexart-sapphira-a-i-cant-wait.7f7c97w.html |
| Intensify | PA0001922522 | http://porn69.org/sexart-intensify.7eu6ez9.html |
| Jenya D in Erotias | PA0001922498 | http://porn69.org/met-art-jenya-d-katie-fey-erotias.776796a.html |
| La Dolce Vita | PA0001922495 | http://porn69.org/teenvideosporncom-sax-la-dolce-vita-tu.7bbcocz.html |

EXHIBIT A

| | | |
|---|---|---|
| Le Café | PA0001922479 | http://porn69.org/sex-art-lecafe-riley-reid.80u9a76.html |
| Lidiya A in Surfing | PA0001922496 | http://porn69.org/metart-model-lidiya-a.7db68cz.html |
| Lidiya A in Winds | PA0001922521 | http://porn69.org/metart-lidiya-a.7db67ow.html |
| Like Snow | PA0001922519 | http://porn69.org/sexart-sapphira-a-like-snow.7f7c8ei.html |
| Melisa A in Seduction | PA0001922636 | http://porn69.org/metart-seduction-melisa-a.7db68e9.html |
| My Day | PA0001922689 | http://porn69.org/sexart-sapphira-a-my-day.7f7c97a.html |
| My Day | PA0001922689 | http://porn69.org/sexart-free-hd-at-porn15net.7e988fe.html |
| Nadin A in Fiorissima | PA0001922702 | http://porn69.org/metart-fiorissima-nadin-a-by-goncharov-1080.7bcudiw.html |
| Our Time | PA0001923133 | http://porn69.org/wow3xcom.7fduc8f.html |
| Our Time | PA0001923133 | http://porn69.org/amirah-adara-our-time.7e9u7z8.html |
| Right Now | PA0001922630 | http://porn69.org/wow3xcom.7fduc9z.html |
| Senora and Jorge | PA0001922631 | http://porn69.org/pearls-on-a-beautiful-girl.7b9080u.html |
| Siesta | PA0001922635 | http://porn69.org/sexart-siesta.7f0wcz6.html |
| Someone is Watching | PA0001922547 | http://porn69.org/sexart-free-hd-at-porn15net.7e98908.html |
| Spanish Lesson | PA0001922536 | http://porn69.org/spanish-lesson-clases-de-espantildeol.7fi9ca0.html |
| Tantra Imaginations | PA0001922543 | http://porn69.org/sexart-tantra-imaginations.7eu6d7z.html |
| Tantra Imaginations | PA0001922543 | http://porn69.org/teenvideosporncom-sax-tantra-imaginati.7bbcwdd.html |
| The Heat | PA0001922527 | http://porn69.org/sexart-free-hd-at-porn15net.7e989ic.html |
| True Love | PA0001922436 | http://porn69.org/andrejlupin1080.7dceibd.html |
| Ulya I in Tempio | PA0001922438 | http://porn69.org/klodi-aka-ulya-i-met-arttempio.77ofaud.html |
| Upper West Side | PA0001922429 | http://porn69.org/80.7d8if9c.html |
| Valentina | PA0001916851 | http://porn69.org/010713kvalentina72-big-new.7a7cub6.html |
| Vintage Collection - Seduction | PA0001917318 | http://porn69.org/40.7ezii6z.html |

EXHIBIT A

**SITE: PORNHUB88.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| After Sunbathing | PA0001922447 | http://pornhub88.com/after-sunbathing.7ebzew6c.html |
| Alluring Passion | PA0001922451 | http://pornhub88.com/sexart-alluring-passion.zoew8cod.html |
| Be My Slave II | PA0001922430 | http://pornhub88.com/sexart-be-my-slave.odf768i8.html |
| Cloud | PA0001916916 | http://pornhub88.com/sexart-cloud-2013.wduo998f.html |
| Cybersex | PA0001917321 | http://pornhub88.com/sexart-sandra-luberec.daaioow.html |
| El Tango de Gina Devine | PA0001917315 | http://pornhub88.com/sexart20121227eltangodeginadevine.izwcf6we.html |
| Firestarter | PA0001923128 | http://pornhub88.com/firestarter-wake-up-romance.o9az688b.html |
| Il Lungo Addio | PA0001917306 | http://pornhub88.com/sexart-il-lungo-addio.we7we7w8.html |
| I'm Here For Love | PA0001922478 | http://pornhub88.com/sexart-im-here-for-love.6dbz90wz.html |
| Message in a Bottle | PA0001922661 | http://pornhub88.com/sexart-message-in-a-bottle.7izooaif.html |
| Our Time | PA0001923133 | http://pornhub88.com/sexart-gentle-sex-on-sofa-with-brunette.i6bufaa7.html |
| Roux | PA0001916897 | http://pornhub88.com/elle-alexandra-sexart.i8oiuu8d.html |
| SexArt Drive | PA0001916896 | http://pornhub88.com/sexart-drive-silvie-deluxe-matt-ice-by-andrej.iio7z8fo.html |
| SexArt Drive | PA0001916896 | http://pornhub88.com/sexart-drive.of8iw697.html |
| SexArt Ink | PA0001916898 | http://pornhub88.com/sexart-cameron-canada-sexy-blonde-tatoo.7c9uw86f.html |
| Someone is Watching | PA0001922547 | http://pornhub88.com/sexart-someone-is-watching.6dwb68z7.html |
| Spanglish | PA0001922536 | http://pornhub88.com/metart-spanglish.zf8a967e.html |
| Tantra Imaginations | PA0001922543 | pornhub88.com/sexart-tantra-imaginations.7deaa970.html |
| The Art of Sex 2 | PA0001922538 | http://pornhub88.com/vivthomas-art-of-sex-2.z6uco6i8.html |
| The Game VIII - Winner Takes All | PA0001922549 | pornhub88.com/the-game-viii-winner-takes-all.iaz00ab0.html |
| The Score | PA0001922531 | http://pornhub88.com/the-score.807cu9do.html |
| The Writer - Night | PA0001922623 | http://pornhub88.com/luna-and-whitney-conroy-night-train.zdiob7fo.html |

EXHIBIT A

| Train | | |
|---|---|---|
| True Love | PA0001922436 | http://pornhub88.com/sexart-he-fuchs-her-on-the-table-in-kitchen.w98di88a.html |
| Undercover Dangerous II | PA0001916917 | http://pornhub88.com/sexart20121223undercoverdangerousii.uba8biob.html |
| Upper West Side | PA0001922429 | http://pornhub88.com/upper-west-side.77oad666.html |
| Upper West Side | PA0001922429 | http://pornhub88.com/capri-anderson-upper-west-side.o9cbffou.html |
| Valentina | PA0001916851 | http://pornhub88.com/sexart20130103valentina.wd6dd977.html |
| Vintage Collection - Seduction | PA0001917318 | http://pornhub88.com/sexart-vintage-collection.zwez8wi7.html |
| Watercolors | PA0001808865 | http://pornhub88.com/malena-morgan-3-watercolors.8oaea80i.html |
| Yes | PA0001917316 | http://pornhub88.com/sexart20121230yes.w7da0dou.html |

**SITE: SEX88.ORG**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| At the Movies | PA0001922464 | http://sex88.org/sexart-at-the-movies.7eu6e0f.html |
| Firestarter | PA0001923128 | http://sex88.org/firestarter-lola-taylor-and-juan.7eadu6i.html |
| Gypsy Fortune | PA0001923127 | http://sex88.org/xcv-18.7da08u9.html |
| I Can't Wait | PA0001922493 | http://sex88.org/sexart-sapphira-a-i-cant-wait.7f7c97w.html |
| Intensify | PA0001922522 | http://sex88.org/sexart-intensify.7eu6ez9.html |
| La Dolce Vita | PA0001922495 | http://sex88.org/teenvideosporncom-sax-la-dolce-vita-tu.7bbcocz.html |
| Like Snow | PA0001922519 | http://sex88.org/sexart-sapphira-a-like-snow.7f7c8ei.html |
| My Day | PA0001922689 | http://sex88.org/sexart-free-hd-at-porn15net.7e988fe.html |
| Our Time | PA0001923133 | http://sex88.org/amirah-adara-our-time.7e9u7z8.html |
| Senora and Jorge | PA0001922631 | http://sex88.org/pearls-on-a-beautiful-girl.7b9080u.html |
| Siesta | PA0001922635 | http://sex88.org/sexart-siesta.7f0wcz6.html |
| Someone is Watching | PA0001922547 | http://sex88.org/sexart-free-hd-at-porn15net.7e98908.html |
| Spanish Lesson | PA0001922536 | http://sex88.org/spanish-lesson-clases-de-espantildeol.7fi9ca0.html |

EXHIBIT A

| Tantra Imaginations | PA0001922543 | http://sex88.org/sexart-tantra-imaginations.7eu6d7z.html |
|---|---|---|
| The Heat | PA0001922527 | http://sex88.org/sexart-free-hd-at-porn15net.7e989ic.html |
| True Love | PA0001922436 | http://sex88.org/andrejlupin1080.7dceibd.html |
| Upper West Side | PA0001922429 | http://sex88.org/80.7d8if9c.html |
| Valentina | PA0001916851 | http://sex88.org/010713kvalentina72-big-new.7a7cub6.html |